IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

GREGORY GILLILAN,

    Plaintiff

VS.    :    CIVIL ACTION NO. 1:06-CV-91 (WLS)

DWAYNE AYERS, *et al.*,

    Defendants    :    **ORDER**

    Plaintiff **GREGORY GILLILAN** filed his original *pro se* complaint under 42 U.S.C. § 1983 in this Court on June 28, 2006 (R. at 1). In an Order to Supplement Complaint dated June 29, 2006, this Court explained that it needed more information before it could adequately review plaintiff's complaint (R. at 4). Specifically, the Court ordered plaintiff to supplement his complaint by informing the Court from what illness he suffered; the name of the medication he allegedly had not received; and how he suffered due to the alleged failure to receive this medication (R. at 4). Additionally, in his original complaint, plaintiff repeatedly stated that the named defendants had violated a "Court Order" by failing to give him the unspecified medication (R. at 1). As this Court could locate no such Order in its records, it requested that plaintiff provide the civil action number of the case from which this Order originated. (R. at 4).

    In this Order to Supplement Complaint, the Court specifically informed plaintiff as follows: "Plaintiff shall have until July 28, 2006 to submit a supplemental complaint. If plaintiff fails to respond to this Order in a timely manner, this action shall be dismissed." (R.at 4). This Order has not been returned to the Court marked "undeliverable." Therefore, the Court assumes that it was received by plaintiff. However, plaintiff has failed to submit the supplemental information, or to otherwise explain his inability to comply with the Court's June 29, 2006 Order.

Because of his failure to comply with the Court's instructions, plaintiff's action is hereby

**DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this ___3rd___ day of August, 2006.

_W. Louis Sand_

W. LOUIS SAND, CHIEF JUDGE
UNITED STATES DISTRICT COURT

lnb