IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

GREGORY GILLILAN, :
:
    Plaintiff, :
:
v. : 1:06-CV-91 (WLS)
:
DR. WAYNE AYERS, ET. AL., :
:
    Defendants. :
_____:

## O R D E R

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 26), filed June 16, 2008. It is recommended that Defendants' joint motion for summary judgment (Doc. No. 22) be granted. Plaintiff has filed a timely objection to the Report and Recommendation. (Doc. No 27).

    In his objection, Plaintiff seems to be arguing that he may not have received either Defendant's motion or some other filings, but does not request that he be allowed to respond further or for any other relief. The Court notes that Plaintiff seems to be quoting or directly referring to statements made by Defendants in their pleadings. Plaintiff has failed to produce any evidence that he failed to receive any proper pleadings or notices to the Court or that he was prevented from complying with any filing or response requirement. This is further illustrated in that Plaintiff filed a timely objection to the recommendation. Plaintiff also objects to the finding that he failed to exhaust his administrative remedies by stating that he submitted to the Court a grievance form that he filed with the prison. Plaintiff failed to show that the filing of one grievance satisfied the exhaustion requirement of the PLRA. The remainder of the objection deals with the factual findings of the Magistrate Judge which were clearly addressed in the Recommendation.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for

reason of the findings and reasons set out therein, and for the reason of the findings and reasons set out herein.. Accordingly, Defendants' motion for summary judgment (Doc. Nos.22) is **GRANTED.**

SO ORDERED, this  16th  day of September, 2008.


                                                         /s/W. Louis Sands   
                                                      **W. Louis Sands, Judge**  
                                                      **United States District Court**